UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                          CRIMINAL ACTION NO. 5:24-cr-00106

RYAN BAILEY

## ORDER

On May 7, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with knowingly and willfully stealing, purloining, and converting to his own use things of value of the United States, that is, PPL loan monies from the SBA and Pioneer Bank having a total value of approximately $160,000, in violation of 18 U.S.C. § 641. [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 7, 2025. [Doc. 62]. Objections in this case were due on May 26, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 62]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: June 3, 2025

Frank W. Volk
Chief United States District Judge